# United States District Court
## CIVIL MINUTES - GENERAL

Case # 4:16cv626-MW/CAS and 4:16cv633-MW/CAS        Date October 12, 2016

FLORIDA DEMOCRATIC PARTY v. SCOTT, et al
LEAGUE OF WOMEN VOTERS OF FLORIDA v. SCOTT et al

DOCKET ENTRY:   Motion Hearing and Pretrial Conference        10:00 - 10:48 a.m.

Court hears [4] Motion for Preliminary Injunction/Temporary Restraining Order. Court GRANTS [4] Motion for Preliminary Injunction/Temporary Restraining Order. The deadline for registration to vote is extended until October 18, 2016. The deadline for submission an Early Voting Plan is extended until October 17, 2016.

PRESENT: HONORABLE  MARK E. WALKER  , UNITED STATES DISTRICT JUDGE

| Pam Lourcey | Megan Hague |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys For Plaintiff:                                        Attorneys For Defendant:

Kevin Hamilton (Fl Dem Party)                                   William Spicola (Scott)
Robert John Telfer, III (Fl Dem Party)                          Adam Tanenbaum (Detzner)
Mark Herron (Fl Dem Party)
Myrna Perez (League Women Voters)
Nancy Abudu (Mi Familia)
Dale Ho (Mi Familia)
Julie Ebenstein (Mi Familia)
Esteban Garces (Mi Familia)
Kyle T. Berglin (Del Castillo)
Del Castillo
Farah Robyn Berse (League Women Voters)
Kaceri Graid (League Women Voters)
Paul Weiss/Kaveri Vaid

Court Proceedings:
| | |
|---|---|
| 10:00 | Court in session |
| | Court reviews cases |
| | 4:16cv626-MW/CAS and 4:16cv633-MW/CAS |
| 10:14 | Argument by Kevin Hamilton |
| 10:30 | Court questions Ion Sancho - Witness Sworn |
| 10:33 | Argument by Myrna Perez |
| 10:37 | Argument Nancy Abudu |
| 10:40 | Argument by Kyle T. Berglin |
| 10:42 | Argument by Myrna Perez |
| 10:43 | Court addresses counsel |
| 10:48 | Court GRANTS [4] Motion for Preliminary Injunction/Temporary Restraining Order. The deadline for registration to vote is extended until October 18, 2016. The deadline for submission an Early Voting Plan is extended until October 17, 2016. |

Initials of Clerk: **pll**