# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

FLORIDA DEMOCRATIC PARTY,

       *Plaintiff,*

v.                            **Case No. 4:16cv626-MW/CAS**

RICHARD SCOTT, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF THE
STATE OF FLORIDA, AND KEN DETZNER,
IN HIS OFFICIAL CAPACITY AS SECRETARY
OF STATE OF THE STATE OF FLORIDA,

       *Defendant.*
_____/

## EMERGENCY ORDER GRANTING MOTION TO INTERVENE

      This Court has considered, without hearing, the Republican Party of Florida's Motion to Intervene. ECF No. 47. The motion is **GRANTED**. The Republican Party may be heard at the hearing scheduled for Thursday, October 20, 2016, at 9:00 a.m.

      **SO ORDERED on October 19, 2016.**

                          **s/Mark E. Walker**\
                          **United States District Judge**