# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**FLORIDA DEMOCRATIC PARTY,**

***Plaintiff*,**

**v.** **Case No. 4:16cv626-MW/CAS**

**RICHARD SCOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF FLORIDA, AND KEN DETZNER, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF FLORIDA,**

***Defendant.***

___________________________/

## ORDER DENYING MOTION TO ENFORCE PRELIMINARY INJUNCTION

This Court previously issued a Preliminary Injunction extending the voter registration deadline to Tuesday, October 18, 2016, at 5:00 p.m. ECF No. 29. Plaintiff later filed an Emergency Motion to Enforce that Preliminary Injunction. ECF No. 32. In denying that order (and after Defendant Detzner represented that he could do so), this Court directed Defendant Detzner to expeditiously process voter registrations so that applicants could achieve active-voter status in a timely fashion. Furthermore, to

ensure compliance with that directive, this Court asked Defendant Detzner to keep a running tally on the Florida Department of State website tabulating the number of pending voter-registration applications and the number of processed voter-registration applications.[1]

It appears that the amount of voters being processed each day has slowed dramatically. For example, close to 25,000 applications were processed last Tuesday and Wednesday alone (October 18th and 19th). Only 7,000 applications, however, have been processed on those same days this week (October 25th and 26th). As of now, almost 25,000 voters may or may not have their vote counted in the 2016 General Election. Thus, this Court will hold a telephonic status conference addressing the Florida Department of State's efforts to process voter-registration applications on Friday, October 28, 2016, at 10:00 a.m. Defendant Detzner is

[1] That data can be found on the Florida Department of State's website. *Voter Registration Daily Activity Reports*, Fla. Dep't of State (last visited Oct. 27, 2016, 9:10 a.m.), http://dos.myflorida.com/elections/data-statistics/voter-registration-statistics/daily-activity-reports/.

ordered to have Ms. Maria Matthews available for questioning at that hearing.

Accordingly,

**IT IS ORDERED:**

1. The Clerk is directed to set this matter for a telephonic status conference on Friday, October 28, 2016, at 10:00 a.m.

2. Defendant Detzner is ordered to have Ms. Maria Matthews available for questioning at that hearing. Ms. Matthews should be prepared to discuss the status of the 26,000 currently pending voter-registration applications. That includes (but is not limited to) whether the Florida Department of State is experiencing problems in processing the current volume of voter-registration applications, whether it is employing the same number of workers for the same number of hours as was previously represented to this Court, how many of those 26,000 voter-registration applications are pending with the Florida Department of Highway Safety and Motor Vehicles and the Social Security Administration, how many

voter-registration applications are currently under manual review, and how many voter-registration applications have been returned to the supervisors of elections so that the aspiring voter is able to correct their application and have it processed by the State of Florida.

**SO ORDERED on October 27, 2016.**

**s/Mark E. Walker**
**United States District Judge**